## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-01402-CMA-KLM

MOHAMED TAZI,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROB MATHER, District Director, U.S. Department of Homeland Security, and
FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on Plaintiff's Motion To Dismiss All Claims (Doc. # 6).  The Court having considered the Motion To Dismiss, hereby

ORDERS that this action, including all claims by Plaintiff Mohamed Tazi, is DISMISSED WITHOUT PREJUDICE.

DATED:  September   22  , 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge